UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON, | 1:05-cv-00560-OWW-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11) |
| vs. | |
| JEANNE WOODFORD, et al., | **ORDER DISMISSING CERTAIN CLAIMS** |
| Defendants. / | |

   Plaintiff Jack Allen Wilson ("plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On March 23, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that an objection, if any, to the Findings and Recommendations was to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 23, 2006, is ADOPTED IN FULL;

2. This action shall proceed on plaintiff's complaint, filed April 26, 2005, against Defendants Woodford, Doe 1, Corcoran, Wu, Kyle, Divine, Brooks, Suryadevara, and Martinez on Plaintiff's Eighth Amendment and state law claims;

3. Plaintiff's ADA and RA claims are DISMISSED from this action for failure to state a claim upon which relief may be granted; and,

4. Plaintiff's claim for injunctive relief is DISMISSED as MOOT in light of plaintiff's release from prison.

IT IS SO ORDERED.

**Dated:   May 24, 2006**                     /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE