IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JACK ALLEN WILSON,** | NO. 1:05-cv-00560 OWW SMS P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (Doc. 25)** |
| v. | |
| **JEANNE WOODFORD, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' First Request for Extension of Time to Respond to Plaintiff's Complaint, and good cause having been found:

**IT IS HEREBY ORDERED THAT** Defendants Woodford, Corcoran, Wu, Divine, Suryardevara, and Martinez shall be granted an extension of time, to and including August 15, 2006, to obtain documents and file their initial response to Plaintiff's complaint.[1]

IT IS SO ORDERED.

**Dated:   July 6, 2006**            /s/ Sandra M. Snyder
i0d3h8                      UNITED STATES MAGISTRATE JUDGE

---

1. Defendant Kyle waived service of the summons and her response is due on or before July 27, 2006.  (Doc. 24.)  Service on Defendant Brooks is still outstanding.

1