UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JEANNE WOODFORD, et al.,<br><br>    Defendants. | 1:05-CV-00560-OWW-SMS PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES, SET ONE<br><br>(DOCUMENT #43) |

On December 21, 2006, defendants filed a motion seeking an extension of time to serve a response to plaintiff's interrogatories, set one. Defendants' motion is HEREBY GRANTED and defendants have **thirty (30) days** from the date of service of this order within which to serve their response.

IT IS SO ORDERED.

**Dated:   January 18, 2007**          /s/ Sandra M. Snyder
i0d3h8                                  UNITED STATES MAGISTRATE JUDGE