# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JACK ALLEN WILSON,                           CASE NO. 1:05-cv-00560-OWW-SMS PC

             Plaintiff,            ORDER CONTINUING DISCOVERY
                                             DEADLINE TO AUGUST 24, 2007, TO
    v.                                     DEPOSE PLAINTIFF, AND CONTINUING
                                             PRETRIAL DISPOSITIVE MOTION
JEANNE WOODFORD, et al.,                      DEADLINE TO OCTOBER 12, 2007

            Defendants.          (Docs. 49 and 52)

_____/

      On April 20, 2007, defendants filed a motion seeking an extension of the discovery and pretrial dispositive motion deadlines.  On April 25, 2007, the parties filed a stipulation to continue the discovery deadline to August 24, 2007, to take plaintiff's deposition, and to continue the pretrial dispositive motion deadline to October 12, 2007.

      In light of the parties' stipulation and good cause having been shown, the discovery deadline is HEREBY CONTINUED to August 24, 2007, to take plaintiff's deposition, and the pretrial dispositive motion deadline is HEREBY CONTINUED to October 12, 2007.

IT IS SO ORDERED.

**Dated:    May 1, 2007**                    _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE

1