UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JEANNE WOODFORD, et al.,<br><br>    Defendants. | 1:05-cv-00560-OWW-SMS PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR A FORTY-FIVE DAY EXTENSION OF TIME TO FILE A MOTION TO COMPEL<br><br>(DOCUMENT #54) |

On May 1, 2007, defendants filed a motion seeking a six-week extension of time within which to file a motion to compel. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted **forty-five (45) days** from the date of service of this order in which to file a motion to compel.

IT IS SO ORDERED.

**Dated:   May 23, 2007**               /s/ Sandra M. Snyder
                                 UNITED STATES MAGISTRATE JUDGE