IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JACK ALLEN WILSON,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**JEANNE WOODFORD,**<br><br>　　　　　　　　　　Defendants. | 1:05-cv-00560 OWW-SMS PC<br><br>**ORDER CONTINUING DISCOVERY DEADLINE TO NOVEMBER 30, 2007, TO DEPOSE PLAINTIFF, AND CONTINUING PRETRIAL DISPOSITIVE MOTION DEADLINE TO JANUARY 11, 2008**<br><br>(Doc. 57) |

　　　　The parties filed a stipulation to continue the discovery deadline to November 30, 2007, to take Plaintiff's deposition, and to continue the pretrial dispositive motion deadline to January 11, 2008.

　　　　In light of the parties' stipulation and good cause having been shown, IT IS ORDERED THAT:  (1) Defendants shall have until November 30, 2007, to depose Plaintiff; and (2) Defendants' motion for summary judgment and Defendants' opposition to Plaintiff's motion for summary judgment shall be due on January 11, 2008.

IT IS SO ORDERED.

**Dated:     July 25, 2007**　　　　　　　　　　 /s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE