IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JACK ALLEN WILSON,**<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**JEANNE WOODFORD,**<br><br>　　　　　　　　　Defendants. | 1:05-cv-0560- OWW- SMS P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR A TWENTY-ONE DAY EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

The Court has considered Defendants' request for extension of time and good cause appearing,

IT IS ORDERED that Defendants shall have until February 1, 2008, to file their motion for summary judgment.

IT IS SO ORDERED.

**Dated: January 11, 2008**　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

] ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR A TWENTY-ONE DAY EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

1