IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JACK ALLEN WILSON,**<br><br>    Plaintiff,<br><br>    v.<br><br>**JEANNE WOODFORD,** et al.,<br><br>    Defendants. | 1:05-cv-0560 OWW SMS (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST MOTION FOR A FOURTEEN DAY EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** (Document #60)<br><br>New Deadline: <u>February 1, 2008</u> |

The Court has considered Defendants' motion for extension of time and good cause appearing,

IT IS ORDERED that Defendants shall have until February 1, 2008, to file their motion for summary judgment.

IT IS SO ORDERED.

**Dated: <u>January 11, 2008</u>**                    <u>/s/ Sandra M. Snyder</u>
                                        UNITED STATES MAGISTRATE JUDGE

1