# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON, | CASE NO. 1:05-cv-00560-OWW-SMS PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS |
| v. | |
| JEANNE WOODFORD, et al., | |
| Defendants. | (Docs. 66-68) |
| _____/ | |

On February 1, 2008, Defendants filed a cross-motion for summary judgment.  Plaintiff was required to file an opposition or a statement of non-opposition to the cross-motion within twenty-one days, but has not done so.  Local Rule 78-230(m).

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendants' cross-motion for summary judgment. If Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the Court's order and failure to prosecute.

IT IS SO ORDERED.

**Dated:    May 2, 2008**          _____ **/s/ Sandra M. Snyder** _____
                                          UNITED STATES MAGISTRATE JUDGE

1